Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16−32627−SLM
                    Chapter:  13
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Roesch
   687 Morsetown Rd
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−1140

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/5/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 5, 2018
JAN: apc

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-32627-SLM
William Roesch                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jan 05, 2018
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db              #+William Roesch,   687 Morsetown Rd,   West Milford, NJ 07480-3328
516520727        Amtrust North America,   PO Box 6939,   Cleveland, OH 44101-1939
516520729        Bank of America,   PO Box 15796,   Wilmington, DE 19886-5796
516520730       +Bryn Mawr Funding,   620 West Germantown Pike Suite 310,   Plymouth Meeting, PA 19462-2227
516520733       +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
516705703       +FIFTH THIRD MORTGAGE COMPANY,   5001 KINBGSLEY DRIVE,   MD 1MOBBW,   CINCINNATI OH 45227-1114
516520737       +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
516556094        JPMorgan Chase Bank, N.A.,   po box 29505   Phx, AZ 85038
516520742       +New Jersey Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516520743        Omega Insurance Company,   An affiliate of Tower Hill Insurance Gro,   P.O. Box 147018,
                  Gainesville, FL 32614-7018
516651072       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
516520744       +Stpc/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jan 05 2018 22:58:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,   Norfolk, VA 23541-1021
516520726       +EDI: GMACFS.COM Jan 05 2018 22:58:00      Ally Financial,   200 Renaissance Ctr,
                  Detroit, MI 48243-1300
516520728        EDI: BANKAMER.COM Jan 05 2018 22:58:00      Bank of America,   PO Box 851001,
                  Dallas, TX 75285-1001
516520732        EDI: CAPITALONE.COM Jan 05 2018 22:58:00      Capital One Bank Usa N,   15000 Capital One Dr,
                  Richmond, VA 23238
516520731        EDI: CAPITALONE.COM Jan 05 2018 22:58:00      Capital One Bank (USA), N.A.,   P.O. Box 71083,
                  Charlotte, NC 28272-1083
516520734       +EDI: CHASE.COM Jan 05 2018 22:58:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516520735       +EDI: CITICORP.COM Jan 05 2018 22:58:00      Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
516520736       +EDI: CITICORP.COM Jan 05 2018 22:58:00      Exxmblciti,   Po Box 6497,
                  Sioux Falls, SD 57117-6497
516520739        EDI: IRS.COM Jan 05 2018 22:58:00      Internal Revenue Service,   44 South Clinton Ave,
                  Trenton, NJ 08601
516520741       +E-mail/Text: helen.ledford@nrsagency.com Jan 05 2018 23:03:55     Nationwide Recovery Sv,
                  Po Box 8005,   Cleveland, TN 37320-8005
516668903       +EDI: RMSC.COM Jan 05 2018 22:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
516520745        EDI: WFFC.COM Jan 05 2018 22:58:00      Wells Fargo,   PO Box 51174,
                  Los Angeles, CA 90051-5474
516520746       +EDI: WFFC.COM Jan 05 2018 22:58:00      Wells Fargo Bank Nv Na,   Po Box 31557,
                  Billings, MT 59107-1557
516586065       +EDI: WFFC.COM Jan 05 2018 22:58:00      Wells Fargo Bank, N.A. Home Equity Group,
                  1 Home Campus  X2303-01A,   Des Moines, IA 50328-0001
                                                                                               TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516520740*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Services,   P.O. Box 9052,
                 Andover, MA 01810-9052)
516520738*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jan 05, 2018
                               Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          Yakov Rudikh    on behalf of Debtor William  Roesch yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 6
```